# Exhibit A

Anheuser-Busch, Incorporated v. International Brotherhood of Teamsters and Teamsters Local Union 957

SLC-6414851-1



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

August 20, 2008

THE ATTACHED U.S. TRADEMARK REGISTRATION *922,481* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20* YEARS FROM *October 19, 1971*
*2nd* RENEWAL FOR A TERM OF *10* YEARS FROM *October 19, 2001*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
  *Registrant*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

*[signature]*

LANAI JAMISON
Certifying Officer



# United States Patent Office

**922,481**
Registered Oct. 19, 1971

## PRINCIPAL REGISTER
## Trademark

Ser. No. 374,478, filed Oct. 28, 1970

## BUDWEISER

Anheuser-Busch, Incorporated (Missouri corporation)
721 Pestalozzi St.
St. Louis, Mo. 63118

For: BEER, in CLASS 48 (INT. CL. 32).
First use January 1876; in commerce January 1876.
Owner of Reg. No. 13,064 and others.

JOHN C. DEMOS, Examiner

Int. Cl.: 32

Prior U.S. Cl.: 48

Reg. No. 922,481

United States Patent and Trademark Office     Registered Oct. 19, 1971
10 Year Renewal     Renewal Term Begins Oct. 19, 1991

## TRADEMARK
## PRINCIPAL REGISTER

### BUDWEISER

ANHEUSER-BUSCH, INCORPORATED (MISSOURI CORPORATION)
ONE BUSCH PLACE
ST. LOUIS, MO 63118

OWNER OF U.S. REG. NO. 13,064 AND OTHERS.

FOR: BEER, IN CLASS 48 (INT. CL. 32).

FIRST USE 1-0-1876; IN COMMERCE 1-0-1876.

SER. NO. 72-374,478, FILED 10-28-1970.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Aug. 6, 1991.*

COMMISSIONER OF PATENTS AND TRADEMARKS



1715520

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

August 20, 2008

THE ATTACHED U.S. TRADEMARK REGISTRATION 952,277 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF 20 YEARS FROM January 30, 1973
2nd RENEWAL FOR A TERM OF 10 YEARS FROM January 30, 2003
SECTION 8 & 15
LESS GOODS
SAID RECORDS SHOW TITLE TO BE IN:
  *Registrant*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

*[signature]*

**LANAI JAMISON**
**Certifying Officer**



# United States Patent Office

**952,277**
Registered Jan. 30, 1973

## PRINCIPAL REGISTER
## Trademark

Ser. No. 406,443, filed Nov. 1, 1971

## BUDWEISER

Anheuser-Busch, Incorporated (Missouri corporation)
721 Pestalozzi St.
St. Louis, Mo. 63118

For: BEER ~~AND MALT LIQUOR~~, in CLASS 48 (INT. CL. 32).
First use January 1876; in commerce January 1876.
Owner of Reg. Nos. 13,064, 895,176, and others.

J. C. DEMOS, Examiner

Int. Cl.: 32
Prior U.S. Cl.: 48

Reg. No. 952,277

United States Patent and Trademark Office  Registered Jan. 30, 1973
10 Year Renewal  Renewal Term Begins Jan. 30, 1993

## TRADEMARK
## PRINCIPAL REGISTER

### BUDWEISER

ANHEUSER-BUSCH, INCORPORATED (MISSOURI CORPORATION)
ONE BUSCH PLACE
ST. LOUIS, MO 63118

OWNER OF U.S. REG. NOS. 13,064, 895,176 AND OTHERS.

FOR: BEER [AND MALT LIQUOR], IN CLASS 48 (INT. CL. 32).

FIRST USE 1-0-1876; IN COMMERCE 1-0-1876.

SER. NO. 72-406,443, FILED 11-1-1971.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Nov. 3, 1992.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 32
Prior U.S. Cl.: 48

**RENEWAL**

**Corrected** Reg. No. 952,277

United States Patent and Trademark Office     Registered Jan. 30, 1973

10 Year Renewal     Renewal Term Begins Jan. 30, 1993

---

### TRADEMARK
### PRINCIPAL REGISTER

### BUDWEISER

ANHEUSER-BUSCH, INCORPORATED (MISSOURI CORPORATION)
ONE BUSCH PLACE
ST. LOUIS, MO 63118

OWNER OF U.S. REG. NOS. 13,064, 895,176 AND OTHERS.

FOR: BEER [AND MALT LIQUOR], IN CLASS 48 (INT. CL. 32).

FIRST USE 1-0-1876; IN COMMERCE 1-0-1876.

SER. NO. 72-406,443, FILED 11-1-1971.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Nov. 3, 1992.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 32

Prior U.S. Cl.: 48

United States Patent and Trademark Office

10 Year Renewal

Reg. No. 952,277
Registered Jan. 30, 1973
Renewal Term Begins Jan. 30, 1993

## SERVICE MARK
## PRINCIPAL REGISTER

### BUDWEISER

ANHEUSER-BUSCH, INCORPORATED
(MISSOURI CORPORATION)
ONE BUSCH PLACE
ST. LOUIS, MO 63118

OWNER OF U.S. REG. NOS. 13,064, 895,176 AND OTHERS.

FOR: BEER [AND MALT LIQUOR], IN CLASS 48 (INT. CL. 32).

FIRST USE 1-0-1876; IN COMMERCE 1-0-1876.

SER. NO. 72-406,443, FILED 11-1-1971.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Nov. 3, 1992.*

COMMISSIONER OF PATENTS AND TRADEMARKS



1715520

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

August 20, 2008

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,402,016* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20* YEARS FROM  *July 22, 1986*
*1st* RENEWAL FOR A TERM OF *10* YEARS FROM  *July 22, 2006*
SECTION 8 & 15
LESS GOODS
SAID RECORDS SHOW TITLE TO BE IN:
  *Registrant*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

LANAI JAMISON
Certifying Officer

Int. Cl.: 9

Prior U.S. Cls.: 21 and 26

Reg. No. 1,402,016

United States Patent and Trademark Office  Registered July 22, 1986

## TRADEMARK
PRINCIPAL REGISTER

### BUDWEISER

ANHEUSER-BUSCH, INCORPORATED (MISSOURI CORPORATION)
ONE BUSCH PLACE
ST. LOUIS, MO 63118

FOR: RADIOS, TELEPHONE RECEIVERS, CAMERAS, AND SUNGLASSES, IN CLASS 9 (U.S. CLS. 21 AND 26).

FIRST USE 0-0-1978; IN COMMERCE 0-0-1978.

OWNER OF U.S. REG. NOS. 13,064, 1,372,700 AND OTHERS.

SER. NO. 574,216, FILED 12-19-1985.

JODY HALLER DRAKE, EXAMINING ATTORNEY



1715520

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

August 20, 2008

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,443,856* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20* YEARS FROM   June 23, 1987
*1st* RENEWAL FOR A TERM OF *10* YEARS FROM   June 23, 2007
SECTION 8 & 15
LESS GOODS
SAID RECORDS SHOW TITLE TO BE IN:
  *Registrant*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

LANAI JAMISON
Certifying Officer

Int. Cls.: 6, 16, 18, 20, 21, 24, 26 and 34

Prior U.S. Cls.: 2, 3, 8, 9, 13, 22, 23, 32, 37, 38, 40, 41, 42 and 50

Reg. No. 1,443,856

United States Patent and Trademark Office  Registered June 23, 1987

## TRADEMARK
### PRINCIPAL REGISTER

### BUDWEISER

ANHEUSER-BUSCH, INCORPORATED (MISSOURI CORPORATION)
ONE BUSCH PLACE
ST. LOUIS, MO 63118

FOR: KEY CHAINS, ORNAMENTAL BADGES MADE PRIMARILY OF METAL, AND METAL CLIPS FOR CLOSING BAGS, IN CLASS 6 (U.S. CLS. 13 AND 50).

FIRST USE 0-0-1945; IN COMMERCE 0-0-1945.

FOR: PLAYING CARDS, PENS, PENCILS, WRITING BOARDS, PAPER NAPKINS, COASTERS, GREETING CARDS, NOTE PAPER, PAPER CLIPS, GIFT WRAPPING PAPER, AND PAPER PENNANTS, IN CLASS 16 (U.S. CLS. 22, 37, 38 AND 50).

FIRST USE 0-0-1938; IN COMMERCE 0-0-1938.

FOR: TOTE BAGS, BILLFOLDS AND UMBRELLAS, IN CLASS 18 (U.S. CLS. 3 AND 41).

FIRST USE 0-0-1938; IN COMMERCE 0-0-1938.

FOR: MIRRORS, PLAQUES, NAME BADGES, PLASTIC CLIPS FOR CLOSING BAGS, CABINETS AND BAR STOOLS, IN CLASS 20 (U.S. CLS. 13, 32 AND 50).

FIRST USE 0-0-1904; IN COMMERCE 0-0-1904.

FOR: DRINKING VESSELS, BEER PAILS, TRAYS, BOTTLE OPENERS, FLOWER HOLDERS, HEAT INSULATED CONTAINERS FOR BEVERAGES, AND BEER CARRIERS AND COOLERS, IN CLASS 21 (U.S. CLS. 2, 13 AND 23).

FIRST USE 0-0-1876; IN COMMERCE 0-0-1876.

FOR: TOWELS, AND PENNANTS NOT OF PAPER, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 0-0-1904; IN COMMERCE 0-0-1904.

FOR: BELT BUCKLES, ORNAMENTAL PINS, BUTTONS FOR CLOTHING AND SHOE LACES, IN CLASS 26 (U.S. CL. 40).

FIRST USE 0-0-1938; IN COMMERCE 0-0-1938.

FOR: MATCHES, ASHTRAYS, AND LIGHTERS FOR SMOKERS, IN CLASS 34 (U.S. CLS. 8 AND 9).

FIRST USE 0-0-1938; IN COMMERCE 0-0-1938.

OWNER OF U.S. REG. NOS. 13,064, 1,402,016 AND OTHERS.

SER. NO. 631,414, FILED 11-20-1986.

ERNEST H. LAND, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

August 20, 2008

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,568,251* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM   *November 28, 1989*
*1st* RENEWAL FOR A TERM OF *10* YEARS FROM   *November 28, 1999*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
   *Registrant*


By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

*LaNai Jamison*

**LANAI JAMISON**
Certifying Officer



Int. Cl.: 14

Prior U.S. Cl.: 27

Reg. No. 1,568,251

## United States Patent and Trademark Office  Registered Nov. 28, 1989

## TRADEMARK
### PRINCIPAL REGISTER

## BUDWEISER

ANHEUSER-BUSCH, INCORPORATED (MISSOURI CORPORATION)
ONE BUSCH PLACE
ST. LOUIS, MO 63118

FOR: CLOCKS AND WATCHES, IN CLASS 14 (U.S. CL. 27).

FIRST USE 0-0-1972; IN COMMERCE 0-0-1972.

OWNER OF U.S. REG. NO. 1,506,060 AND OTHERS.

SER. NO. 791,937, FILED 4-7-1989.

JERI J. FICKES, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

August 20, 2008

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,506,291 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM  *November 13, 2001*
*SECTION 8 & 15*
SAID RECORDS SHOW TITLE TO BE IN:
 *Registrant*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

*La Nai Jamison*
LANAI JAMISON
Certifying Officer



Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 2,506,291
Registered Nov. 13, 2001

## TRADEMARK
## PRINCIPAL REGISTER

## BUDWEISER

ANHEUSER-BUSCH, INCORPORATED (MISSOURI CORPORATION)
ONE BUSCH PLACE
202-6
ST. LOUIS, MO 63118

FOR: BOWLING BALLS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 6-0-2000; IN COMMERCE 6-0-2000.

SER. NO. 76-146,902, FILED 10-13-2000.

JASON ROTH, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

August 20, 2008

THE ATTACHED U.S. TRADEMARK REGISTRATION *2,627,994* IS CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM   October 01, 2002
SAID RECORDS SHOW TITLE TO BE IN:   *Registrant*


By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

*[signature]*

LANAI JAMISON
Certifying Officer



Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 2,627,994
Registered Oct. 1, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## BUDWEISER

ANHEUSER-BUSCH, INCORPORATED (MISSOURI CORPORATION)
ONE BUSCH PLACE
ST. LOUIS, MO 63118

FOR: POOL TABLES, POOL CUES, DARTS, DART BOARDS, GOLF BAGS, GOLF CLUBS, GOLF CLUB COVERS, GOLF TEES, GOLF BALLS, POOL CHALK CASES, GOLF BALL RETRIEVERS, POOL CUE RACKS, ADULT COLLECTIBLE DIE-CAST TRUCKS AND CARS, PLAYING CARDS, HOCKEY STICKS, HOCKEY PUCKS, TACKLE BOXES, GOLF GLOVES, FISHING TOOLS, BALL MARKERS, DIVOT SETS, VOLLEYBALL NETS, BICYCLES, SKI BISCUITS, BOWLING BALLS, BOWLING BAGS, AND FISHING POLES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 0-0-1989; IN COMMERCE 0-0-1989.

OWNER OF U.S. REG. NOS. 64,125, 1,852,499 AND OTHERS.

SER. NO. 76-295,433, FILED 8-3-2001.

SCOTT OSLICK, EXAMINING ATTORNEY