# Exhibit B

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

**United States Patent and Trademark Office**

Reg. No. 2,928,032
Registered Feb. 22, 2005

## TRADEMARK
### PRINCIPAL REGISTER



ANHEUSER-BUSCH, INCORPORATED (MISSOURI CORPORATION)
ONE BUSCH PLACE
ST. LOUIS, MO 63118

FOR: NON-METAL KEYCHAINS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 1-6-2003; IN COMMERCE 1-6-2003.

OWNER OF U.S. REG. NOS. 1,443,856 AND 2,540,485.

SER. NO. 78-440,905, FILED 6-24-2004.

ANN E. SAPPENFIELD, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,963,450

United States Patent and Trademark Office   Registered June 21, 2005

## TRADEMARK
### PRINCIPAL REGISTER



ANHEUSER-BUSCH, INCORPORATED (MISSOURI CORPORATION)
ONE BUSCH PLACE
ST. LOUIS, MO 63118

FOR: CLOTHING, NAMELY SHIRTS, T-SHIRTS AND HATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 4-14-2003; IN COMMERCE 4-14-2003.

OWNER OF U.S. REG. NO. 1,360,746.

SER. NO. 78-442,390, FILED 6-28-2004.

ANN E. SAPPENFIELD, EXAMINING ATTORNEY

Int. Cl.: 21

Prior U.S. Cls.: 2, 13, 23, 29, 30, 33, 40 and 50

United States Patent and Trademark Office

Reg. No. 3,182,511
Registered Dec. 12, 2006

## TRADEMARK
### PRINCIPAL REGISTER



ANHEUSER-BUSCH, INCORPORATED (MISSOURI CORPORATION)
ONE BUSCH PLACE
ST. LOUIS, MO 63118

FOR: DRINKING VESSELS, CAN COOLIES IN THE NATURE OF THERMAL INSULATED WRAP FOR CANS TO KEEP THE CONTENTS COLD; ICE BUCKETS; SERVING TRAYS NOT OF PRECIOUS METAL; PITCHERS; PORTABLE COOLERS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 3-0-2002; IN COMMERCE 3-0-2002.

OWNER OF U.S. REG. NO. 1,443,856.

SER. NO. 78-440,927, FILED 6-24-2004.

ANN E. SAPPENFIELD, EXAMINING ATTORNEY